# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **LARRY BUTLER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 6:13-CV-1700-VEH |
| | ) |
| **JOHN HODGES BENTELY, et al,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## MEMORANDUM OPINION AND ORDER

This matter comes before the court on the objections (doc. 12) filed on December 6, 2013, to the Magistrate Judge's Report and Recommendation (doc. 11). The court, having considered the findings and recommendation, and having reviewed the entire file, concludes that the magistrate judge's findings and recommendation are correct. Accordingly, the findings and recommendation are **ADOPTED** as the opinion of the court. It is **EXPRESSLY DETERMINED** that, pursuant to 28 U.S.C. § 1915A, all claims of the Plaintiff are hereby **DISMISSED WITH PREJUDICE**.

See attached Notice regarding appeal rights.

**DONE** and **ORDERED** this the 9th day of December, 2013.

_/s/ VEHopkins_
**VIRGINIA EMERSON HOPKINS**
United States District Judge